**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 73 WAL 2017
:
       Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
RAYSHAWN WILLIAMS, :
:
      Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.